Amy M. Samberg (#013874)
Amy L. Stein (#026113)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
1 East Washington Street, Suite 500
Phoenix, Arizona 85004
Telephone: 602-777-6230
Facsimile: (312) 863-5099
E-Mail: asamberg@fgppr.com
        astein@fgppr.com
Attorneys for Defendant LM General Insurance Company (erroneously named and sued as Liberty Mutual Insurance Company)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Albert Mitchell, individually,<br><br>Plaintiff,<br><br>v.<br><br>Liberty Mutual Insurance Company, a Massachusetts Corporation; John Does 1-5; Jane Does 1-5; Black Corporations 1-5; and White Partnerships 1-5,<br><br>Defendants. | No.<br><br>No. CV2017-014893<br>Maricopa County Superior Court<br><br>**NOTICE OF REMOVAL OF ACTION; VERIFICATION OF AMY STEIN** |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1446, Defendant LM GENERAL INSURANCE COMPANY ("Liberty," erroneously named, sued and served as Liberty Mutual Insurance Company) hereby petitions this Court for removal of the state court action, which was originally commenced in the Superior Court of the State of Arizona in and for the County of Maricopa, entitled *Albert Mitchell, individually, v. Liberty Mutual Insurance Company, et al.*, Case No. CV2017-014893, on the following grounds:

1.     On or around November 13, 2017, an action was commenced in the Superior Court of Arizona, County of Maricopa, entitled *Albert Mitchell, individually, v. Liberty Mutual Insurance Company, et al.*, Case No. CV2017-014893 (the "State Court Action"). A true and correct copy of the Complaint is attached as **Exhibit 1**.

2.     On November 15, 2017, a Summons and the Complaint were served on Liberty through a Process Server, First Legal.  A true and correct copy of the Summons and Certificate of Service are attached hereto as **Exhibit 2**.

3.     Attached, collectively, as **Exhibit 3** are copies of all other process, pleadings, and orders filed in the State Court Action: Coversheet, Jury Demand and Certificate Regarding Arbitration.

4.     The thirty-day period for removal does not begin to run until the party has been properly served.  See *Murphy Brothers Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347–48 (1999).  Thirty days have not elapsed since Liberty received the Summons and Complaint in this action.  Accordingly, this Notice is timely filed under 28 U.S.C. § 1446(b).

5.     Plaintiff's Complaint alleges causes of action for uninsured motorist benefits, breach of contract, and insurance bad faith and seeks punitive damages. *See* **Exhibit 1**.

## VENUE

6.     Under 28 U.S.C. § 1446(a), venue of this action is proper in this Court as the district and division within which the State Court Action was brought.

## JURISDICTION

7.     Under 28 U.S.C. § 1441, Congress has granted defendants the statutory right to remove a case from state court to a United States District Court where that case could have originally been filed in federal court.  This grant is authorized by Article III, Section 2 of the United States Constitution, which extends judicial power of the federal courts to controversies "between citizens of different states."  28 U.S.C §1332.

8.     Removal is proper in this case because the Court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.  See 28 U.S.C. § 1441.

## AMOUNT IN CONTROVERSY

9. The amount in controversy exceeds $75,000, exclusive of interest and costs as evidenced by Plaintiff's pre-litigation demand to Liberty dated October 19, 2017 for $100,000. (*See* Attached Verification of Amy Stein and **Exhibit 5**)

10. Liberty does not concede that it is guilty of any conduct that would warrant the imposition of any of the damages alleged by Plaintiff or that the claimed damages were causally related to the conduct alleged against it, but based on the foregoing, Liberty believes that the evidence shows that the amount in controversy with respect to Plaintiff is in excess of $75,000.00.

## GEOGRAPHICAL DIVERSITY

11. Upon information and belief, Plaintiff is a citizen of Arizona. *See* **Exhibit 1**, paragraph 1.

12. Liberty is an insurance company organized and existing under the laws of the State of Illinois with its principal place of business in the State of Massachusetts. Liberty is licensed to do business in the State of Arizona as an insurance carrier.

13. This case meets the requirements for original jurisdiction in this Court stemming from diversity of citizenship as set forth in 28 U.S.C. § 1332(a).

## REMOVAL IS PROPER

14. This Notice of Removal is timely filed because it was filed within thirty days after receipt of the Summons and Complaint by Liberty and is filed within one year of the filing of the Complaint. 28 U.S.C. § 1446(b).

15. Liberty will also timely file a Notice of Removed Action with the Clerk of the Maricopa County Superior Court.

16. Liberty is providing written notice to Plaintiff. 28 U.S.C. § 1446(d).

17. Liberty reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Liberty hereby requests that the action now pending against it in the Superior Court of the State of Arizona, in and for the County of Maricopa, be removed to this Court.


DATED this 14th day of December, 2017.

            FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: *s/ Amy L. Stein*
Amy M. Samberg
Amy L. Stein
1 East Washington Street, Suite 500
Phoenix, Arizona 85004
Attorneys for Defendant LM General Insurance Company (erroneously named and sued and Liberty Mutual Insurance Company)

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
1 East Washington Street, Suite 500
Phoenix, Arizona 85004
(602) 777-6230

- 4 -

## VERIFICATION OF AMY STEIN

I, Amy Stein, verify as follows:

1. I am an active member in good standing of the State Bar of Arizona and a partner with the law firm of Foran Glennon Palandech Ponzi & Rudloff, P.C., counsel of record for Defendant LM General Insurance Company, erroneously named and sued as Liberty Mutual Insurance Company.

2. I have firsthand knowledge of the matters set forth herein. I submit this verification pursuant to L.R. Civ. P. 3.6 and Fed. R. Civ. P. 11.

3. Attached as **Exhibit 1** is a true and correct copy of the Complaint originally filed in the Superior Court of the State of Arizona, in and for the County of Maricopa, entitled Albert Mitchell, LLC v. Liberty Mutual Insurance Company, Case No. CV2017-014893 (the "State Court Action.")

4. Attached as **Exhibit 2** are true and correct copies of the Summons directed to Liberty in care of Liberty Mutual Insurance Company, 175 Berkeley Street, Boston, MA, and the Certificate of Service from First Legal.

5. Attached collectively as **Exhibit 3** are copies of all other process, pleadings, and orders filed in the State Court Action:  Coversheet, Jury Demand and Certificate Regarding Arbitration.

6. Attached as **Exhibit 4** is a true and correct copy of the Notice of Removed Action filed with the Clerk of the Maricopa County Superior Court, Case No. CV2017-014893.

7. Attached as **Exhibit 5** is a true and correct copy of correspondence received by Liberty from Plaintiff's counsel related to the subject claim. It is dated October 19, 2017 and demands $100,000 in settlement.

I verify that the foregoing is true and correct.

Executed this 14th day of December, 2017, at Phoenix, Arizona

          FORAN GLENNON PALANDECH PONZI & RUDLOFF, PC.

By: *s/ Amy L. Stein*
Amy M. Samberg
Amy L. Stein
1 East Washington Street, Suite 500
Phoenix, Arizona 85004
Attorneys for Defendant LM General Insurance Company
(erroneously named and sued as Liberty Mutual Insurance Company)

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants below:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Phoenix, Arizona addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Service List for the above-referenced case.

Yelena Shimonova, Esq.
Timothy G. Tonkin, Esq.
PHILLIPS LAW GROUP, PC
3101 N. Central Avenue, Suite 1500
Phoenix, AZ 85012
yelenaS@phillipslaw.com
*Attorneys for Plaintiff*

/s/     *Brenda Uran*

- 6 -