IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Albert Mitchell,<br><br>        Plaintiff,<br><br>v.<br><br>Liberty Mutual Insurance Company, et al.,<br><br>        Defendants. | No. CV-17-04629-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation to Amend Case Caption and Dismiss Defendant. (Doc. 15.) For good cause shown,

**IT IS ORDERED** that the Stipulation to Amend Case Caption and Dismiss Defendant is **GRANTED**.

**IT IS FURTHER ORDERED** that the case caption be amended to show LM General Insurance Company as the named Defendant.

**IT IS FURTHER ORDERED** that Defendant Liberty Mutual Insurance Company is dismissed from the action with prejudice, each party to bear its own fees and costs.

//

//

//

//

**IT IS FURTHER ORDERED** directing the Clerk of Court to amend the case caption to include Defendant LM General Insurance Company.

Dated this 6th day of March, 2018.

Douglas L. Rayes
United States District Judge