# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Albert Mitchell,<br><br>    Plaintiff,<br><br>v.<br><br>Liberty Mutual Insurance Company, et al.,<br><br>    Defendants. | No. CV-17-04629-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation to Dismiss Plaintiff's Complaint with Prejudice. (Doc. 17.) For good cause shown,

**IT IS ORDERED** that the parties' Stipulation to Dismiss Plaintiff's Complaint is **GRANTED**.

**IT IS FURTHER ORDERED** dismissing the above captioned matter with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 4th day of April, 2018.

Douglas L. Rayes
United States District Judge